UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Nicole Ely

    v.

East Coast Restaurant &
Nightclubs, LLC, et al.

Case No. 20-cv-442-JD

JUDGMENT

Judgement is hereby entered in accordance with the following:

1. Order by District Judge Joseph A. DiClerico, Jr., dated August 11, 2020;
2. Clerk's Entry of Default as to Stephanie Rose Cudney, dated August 11, 2020;
3. Order by District Judge Joseph A. DiClerico, Jr., dated September 16, 2020; and
4. Order by District Judge Joseph A. DiClerico, Jr., dated September 17, 2020.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

By the Court:

/s/ Daniel J. Lynch
Daniel J. Lynch
Clerk of Court

Date: September 18, 2020

cc:   Counsel of Record